IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03024-RPM

JENNIFER L. RUIS,

      Plaintiff,
v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

      Defendants and Third-Party Plaintiffs,
v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

      Third-Party Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **May 23, 2014, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 15, 2014.**  The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference. It is

FURTHER ORDERED that counsel for Woller Towing, LLC, and Swift Transportation Co. Of Arizona, LLC, shall file disclosure statements pursuant to Fed.R.Civ.P. 7.1.

DATED: March 25th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge