IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **13-cv-03024-RPM**

JENNIFER L. RUIS,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Third-Party Defendants.

And

Civil Action No. **14-cv-00902-RM-MEH**

JUSTIN MORGAN,

    Plaintiff,

v.

ANDREW L. WOLLER, and
WOLLER TOWING, LLC,

    Defendants.

_____

Amended ORDER GRANTING MOTION TO CONSOLIDATE CASES AND FOR
REASSIGNMENT
_____

    Today, the plaintiff Jennifer L. Ruis, filed a motion to consolidate Justin Morgan

v. Andrew L. Woller and Woller Towing, LLC, Civil Action No 14-cv-00902-RM-MEH with

this action and recites that the motion is agreed to by all parties in this case in which a

Scheduling Conference will be held on May 23, 2014 at 11:00 a.m., it is now

  ORDERED that civil action numbers 13-cv-03024-RPM and 14-cv-00902-RM-MEH are consolidated for all purposes and, accordingly, Civil Action no. 14-cv-00902-RM-MEH is reassigned and the Order of Reference to Magistrate Judge Michael E. Hegarty entered in that case is vacated.

  DATED: May 7th, 2014

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge