IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **13-cv-03024-RPM**

JENNIFER L. RUIS,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Third-Party Defendants.

And

Civil Action No. **14-cv-00902-RM-MEH**

JUSTIN MORGAN,

    Plaintiff,

v.

ANDREW L. WOLLER, and
WOLLER TOWING, LLC,

    Defendants.

_____

ORDER DENYING ANDREW L. WOLLER AND WOLLER TOWING, LLC'S MOTION TO
BIFURCATE LIABILITY CLAIMS FROM DAMAGES CLAIMS
_____

    On August 8, 2014, the defendants Andrew L. Woller and Woller Towing, LLC filed a

Motion to Bifurcate Liability Claims from Damages Claims [22], it is

ORDERED that the motion is denied.

DATED: September 3rd, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge