IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **13-cv-03024-RPM**

JENNIFER L. RUIS,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Third-Party Defendants.

And

Civil Action No. **14-cv-00902-RM-MEH**

JUSTIN MORGAN,

    Plaintiff,

v.

ANDREW L. WOLLER, and
WOLLER TOWING, LLC,

    Defendants.

___

ORDER DENYING MOTION FOR SANCTIONS PURSUANT TO RULE 11
___

On September 2, 2014, Jennifer L. Ruis and Swift Transportation Company of Arizona filed a Motion for Sanctions Pursuant to Rule 11, addressing the motion to bifurcate filed by Andrew L. Woller and Woller Towing, LLC. The motion for sanctions is based on this Court's

comment at the scheduling conference.  While counsel was made aware of this Court's position on bifurcation of liability and damages, it is reasonable for the moving parties to address this matter formally on the record, to preserve issues for an appeal.  Accordingly, it is

ORDERED that the motion for sanctions is denied.

DATED: September 3rd , 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge