IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **13-cv-03024-RPM**

JENNIFER L. RUIS,

 Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

 Defendants and Third-Party Plaintiffs,

v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

 Third-Party Defendants.

And

Civil Action No. **14-cv-00902-RM-MEH**

JUSTIN MORGAN,

 Plaintiff,

v.

ANDREW L. WOLLER, and
WOLLER TOWING, LLC,

 Defendants.

_____

### ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER
_____

 Upon review of Plaintiffs' Unopposed Motion to Modify Scheduling Order, it is

 ORDERED that the motion is granted and new deadlines are set as follows:

1. All interrogatories served no later than: June 20, 2015,

2. All request for production of documents served no later than: June 20, 2015,

3. Expert witness Disclosures (Plaintiffs): April 15, 2015,

4. Expert witness Disclosures (Defendants): May 15, 2015,

5. Rebuttal Opinions: June 6, 2015,

6. Discovery Cut-Off (All Parties): July 31, 2015, and

7. Dispositive motion deadline (All Parties): August 31, 2015.

DATED:   January 12th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge