IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 13-cv-03024-RPM**

JENNIFER L. RUIS,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants and Third-Party Plaintiffs,

v.

JENNIFER RUIS and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Third-Party Defendants.
  and

**Civil Action No. 14-cv-00902-RPM**

JUSTIN MORGAN,

    Plaintiff,

v.

ANDREW L. WOLLER and
WOLLER TOWING, LLC,

    Defendants.

  and

**Civil Action 14-cv-02958-KLM**

STATE FARM MUTUAL AUTOMOBILE COMPANY,

    Plainiff,

v.

SWIFT TRANSPORT and
JENNIFER LYNN RUIS aka JENNIFER LYNN MORGAN,

    Defendants.

_____
ORDER OF CONSOLIDATION
_____

Pursuant to D.C.Colo.LCivR. 42.1, it is

ORDERED that Civil Action No. 14-cv-02958-KLM, *State Farm Mutual Automobile Company v. Swift Transport, et al.,* is consolidated with Civil Actions No. 13-cv-03024-RPM and 14-cv-00902-RPM.

DATED:  January 21st, 2015

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge