# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Richard P. Matsch

Civil Action No. 13-cv-03024-RPM
        (Consolidated with 14-cv-00902-RPM)

JENNIFER L. RUIS, and
JUSTIN MORGAN

    Plaintiffs,

v.

ANDREW L. WOLLER, and
WOLLER TOWING, LLC,

    Defendants/ Third Party Plaintiffs,

v.

JENNIFER RUIS, and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

    Counterclaim Defendant/Third-Party Defendant.

## ORDER

Defendants Jennifer Ruis and Swift Transportation Company of Arizona, LLC's Partially Unopposed Motion to Designate Nonparties At Fault, ECF. DOC. 29, is DENIED.

DATED:     February 25, 2015         BY THE COURT:

                                            *s/Richard P. Matsch*

                                            Richard P. Matsch
                                            Senior District Judge